FILED'07 JAN 31 15:09USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL PERRY, ) | |
| ) | |
|     Plaintiff, ) | CV 06-782-PK |
| ) | |
| vs. ) | ORDER AWARDING FEES |
| ) | PURSUANT TO THE EQUAL ACCESS |
| JOANNE B. BARNHART, ) | TO JUSTICE ACT |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
|     Defendant. ) | |

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,750.00 are awarded to Plaintiff's attorney, Rory Linerud, pursuant to the Equal Access to Justice Act, (EAJA), 28 U.S.C. § 2412. The EAJA fees are payable to Plaintiff's attorney, Rory Linerud, and are to be sent directly to Rory Linerud. There are no costs and expenses to be paid herein.

IT IS SO ORDERED.

DATED this 31st day of January, 2007.

_____
Paul Papak
United States ~~District~~ Magistrate Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1